UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW; ELECTRICAL WORKERS'
JOINT BOARD OF TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND OF
THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN;
IBEW LOCAL NO. 58 ANNUITY FUND; JOINT
APPRENTICESHIP TRAINING TRUST FUND; NECA-
IBEW LOCAL LABOR-MANAGEMENT COOPERATION
FUND; and NATIONAL ELECTRICAL BENEFIT FUND,

        Plaintiffs,

v              Case No. 11-15512
              HON. GEORGE CARAM STEEH

CINDER ELECTRIC CO.,
        Defendant.
_____/

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR ALTERNATIVE SERVICE

  Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in support thereof, IT IS HEREBY ORDERED THAT:

  Plaintiffs' Motion for Alternative Service is hereby GRANTED and Plaintiffs shall be permitted to obtain service on Defendant Cinder Electric Co. by posting copies of the Summons, Complaint and Order Allowing Alternative Service on the front door of the defendant's registered office at 22573 N. Kane Street; Detroit, Michigan 48223, or, alternatively, by leaving said Summons, Complaint and Order Allowing Alternative Service with any responsible adult at that location, and also by mailing a copy of said documents to defendant by regular mail to defendant at the same address.

Dated:  February 9, 2012

              S/George Caram Steeh_____
              GEORGE CARAM STEEH
              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 9, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk