UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW; ELECTRICAL WORKERS'
JOINT BOARD OF TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND OF
THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN;
IBEW LOCAL NO. 58 ANNUITY FUND; JOINT
APPRENTICESHIP TRAINING TRUST FUND; NECA-
IBEW LOCAL LABOR-MANAGEMENT COOPERATION
FUND; and NATIONAL ELECTRICAL BENEFIT FUND,

          Plaintiffs,

                                      Case No. 11-15512
vs.                               HON. GEORGE CARAM STEEH

CINDER ELECTRIC CO.,

          Defendant.
_____/

## **JUDGMENT FOR PLAINTIFFS**

      This Court having considered Plaintiffs' Motion for Default Judgment pursuant to FED.R.CIV.P. 55(b), and having granted the same, now, therefore,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

      A.     That the June 21, 2010 award of the Joint Labor-Management Committee is confirmed and that Defendant Cinder Electric Co. is ordered to forthwith comply with same by securing a Surety Bond in an amount as set forth in the Schedule provided in Article VIII, Section 6(A) of the [collective bargaining agreement], and thereafter remaining in compliance with Article VIII, Section 6(B) of said agreement.

1

Dated: June 1, 2012

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 1, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---